EDWARD SAUTTER, Respondent, *v.* BELLE FRICK et al., as Administratrices of the Estate of CHARLES F. LANE, Deceased, Appellants.

(Argued February 16, 1931; decided March 24, 1931.)

*Walter W. Wilcox* for appellants.
*Charles P. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.